AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ANTOINE D. WASHINGTON     EGYPT A. MIMS**
**DOB: XX/XX/XX                                X/XX/XX**
**PDID: XXX-XXX                               XXX-XXX**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about <u>April 10, 2008</u> in the District of <u>COLUMBIA</u> defendant WASHINGTON did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance; and defendant MIMS did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title <u>   21   </u> United States Code, Section(s) <u>   841(a)(1)   </u>.

I further state that I am <u>  SPECIAL AGENT JOSH GREEN  </u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**       ☒ Yes    ☐ No

_____
Signature of Complainant
**SPECIAL AGENT JOSH GREEN**
**ALCOHOL, TOBACCO AND FIREARMS**

Sworn to before me and subscribed in my presence,

_____  at   **Washington, D.C.**_____
Date                                                                                      City and State

_____           _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

**STATEMENT OF FACTS**

On Thursday, April 10, 2008, at approximately 6:42 a.m., members of both the Bureau of Alcohol Tobacco and Firearms and the Drug Enforcement Agency executed a U.S. District Court search warrant at 6413 Kansas Avenue, NE, WDC. Only 2 adults were present inside of the house: Antoine D. Washington and Egypt Mims. The only other person inside of the house was a 7-month old boy, who was being held by Mims. Mail matter in both Washington's and Mims's names was recovered from inside of the house. Keys to the house, including the garage, were also found inside the house. Upon entry, Washington was found inside of kitchen flushing chunks of powder cocaine down the garbage disposal in the kitchen. Washington was stopped by Agents, and approximately 40 grams of powder was recovered from this area. Also in a kitchen cabinet was approximately 6.3 grams of crack cocaine along with various drug paraphernalia, including scales and packaging materials. Ammunition was also found in a kitchen drawer.

Mims was seen running back and forth upstairs between a bedroom and a bathroom, and the toilet was heard flushing right after she went into the bathroom (there is only one bathroom upstairs). Mims then came downstairs, and after she did so, Agents went to the bathroom upstairs and saw powder cocaine residue around the toilet and on the floor of the bathroom.

Also recovered from the garage to the house was a .32 semi-automatic pistol and a 6 shot revolver. Also found was body armor in the basement and approximately 20 grams of marijuana in two separate bedrooms upstairs (one of these bedrooms was the bedroom of the 7-month old).

A portion of the suspected crack cocaine, powder cocaine and marijuana was field tested and positive results for the respective drugs was received. The amount of crack cocaine and powder cocaine, along with the presence of packaging material and paraphernalia, such as scales, indicate an intent to distribute.

SPECIAL AGENT JOSH GREEN
ALCOHOL, TOBACCO AND FIREARM

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF APRIL, 2008.

U.S. MAGISTRATE JUDGE