UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 08-0253M-02 (CR) |
| EGYPT A. MIMS, | : | |

## DISMISSAL

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 4978610

BY: _____
RHONDA CAMPBELL
ASSISTANT UNITED STATES ATTORNEY
Bar No. 462402
Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, D.C. 20530
(202) 514-9519
Rhonda.Campbell@usdoj.gov

APPROVED AND GRANTED THIS _____
DAY OF _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE